United States District Court
Southern District of Texas
**ENTERED**
May 31, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALFRED H. DAVIS, Derivatively On Behalf Of PLAINS ALL AMERICAN PIPELINE, L.P., <br><br>Plaintiff,<br><br>v.<br><br>GREGORY L. ARMSTRONG, HARRY N. PEFANIS, AL SWANSON, CHRIS HERBOLD, BERNARD FIGLOCK, EVERARDO GOYANES, GARY R. PETERSON, JOHN T. RAYMOND, ROBERT V. SINNOTT, J. TAFT SYMONDS, and CHRISTOPHER M. TEMPLE, PLAINS ALL AMERICAN GP LLC, PLAINS AAP, L.P., and PPA GP LLC,<br><br>Defendants.<br><br>and<br><br>PLAINS ALL AMERICAN PIPELINE, L.P.,<br><br>Nominal Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. H-15-3632<br>(Consolidated with H-16-0429) |

### ORDER OF CONSOLIDATION

Having considered Defendants' Motion to Consolidate (Docket Entry No. 15) and Plaintiff Alfred H. Davis' Response (Docket Entry No. 21), this court is of the opinion that the Motion to Consolidate should be and is hereby **GRANTED**.

It is therefore **ORDERED** that <u>Joan O'Grady v. Plains All American GP LLC</u>, Civil Action No. 4:16-0429 is hereby **CONSOLIDATED**

with <u>Alfred H. Davis v. Gregory L. Armstrong</u>, Civil Action No. 4:15-3632.

Plaintiffs Davis and O'Grady are **ORDERED** to file a consolidated complaint. Counsel will confer and submit a schedule for filing of the consolidated complaint and for the filing of defendants' motions and plaintiffs' responses.

**SIGNED** at Houston, Texas, on this the 31st day of May, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE